UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 504-669-5549 | * * * | CASE NO. 17-MC-7130 |

\*   \*   \*

## GOVERNMENT'S MOTION TO DELAY NOTICE

I.

On July 26, 2017, pursuant to Rule 41(b) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Sections 3117 and 3122, the United States of America made an application to United States Magistrate Judge Michael B. North, who issued a warrant authorizing the acquisition of cell site and GPS precise location data on a targeted cellular telephone using phone number (504) 669-5549. The warrant was applied for in connection with an ongoing Drug Enforcement Administration ("DEA") investigation into the drug trafficking activities of David Tran.

II.

Monitoring of the target phone's location began on July 26, 2017. The warrant allowed for a thirty-day interception period. However, before the 30 days were up, the government sought and was granted authority to begin Title III interception of the phone. The authorization to conduct

the Title III interception included authority to monitor the phone's location. Therefore the location monitoring is ongoing, albeit under separate authority than the initial warrant.

III.

The warrant authorizing the acquisition of location data provided that notification of the execution of the order was to be delayed thirty (30) days in order to avoid jeopardizing the investigation. That period will expire on September 24, 2017. Pursuant to Rule 41(f)(3) and Title 18, United States Code, Section 3103a, any period of delay may be extended by the court for good cause shown for additional periods of up to ninety (90) days at a time, provided that an updated need for further delay is demonstrated.

IV.

The government submits that there is good cause to extend the period of delayed notification for an additional ninety (90) days for the following reasons. This period of delay is needed to conduct further investigation. Disclosure of the warrant could jeopardize this investigation, including the ongoing Title III interception of the same phone. In addition to causing David Tran to cease using the phone, disclosure could create increased risk for law enforcement once arrest warrants are executed at a future date.

**WHEREFORE,** in order to avoid jeopardizing the ongoing DEA investigation, the government respectfully requests that the Court issue an order extending the period of delayed notification for an additional ninety (90) days, until December 20, 2017.

Applicant further requests that this motion and the Court's order be **sealed** until otherwise ordered by the Court, with the exception that the United States Attorney's Office receive two copies, one of which will be furnished to the Drug Enforcement Administration.

Executed on this _____ day of September, 2015.

>                                    Respectfully submitted,
>
>                                    DUANE A. EVANS
>                                    ACTING UNITED STATES ATTORNEY
>
>                                    _____
>                                    DAVID HALLER
>                                    Assistant United States Attorney
>                                    650 Poydras Street, Suite 1600
>                                    New Orleans, LA  70130
>                                    Telephone:  (504) 680-3117

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 504-669-5549 | * * * * | CASE NO. 17-MC-7130 |

\*     \*     \*

### ORDER

Considering the foregoing motion and the reasons set forth therein;

**IT IS HEREBY ORDERED** that the delay in warrant notification in this matter is extended until December 20, 2017;

**IT IS FURTHER ORDERED** that this order and the foregoing motion shall be **SEALED** by the Clerk of Court, with the exception that the United States Attorney's Office receive two copies, one of which will be furnished to the Drug Enforcement Administration.

New Orleans, Louisiana, this 1st day of September, 2017.

_____
JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE